AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

MARION ANDERSON, a/k/a,
DARREL M. ROBINSON,

      *Petitioner*,

V.

E.K. MCDANIEL, et al.,

      *Respondents*.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-cv-00761-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition, as amended (Docket No. 6), shall be DISMISSED with prejudice as untimely.


   February 7, 2011                                         **LANCE S. WILSON**
                                                                                  Clerk


                                                                         /s/ Katie Lynn Ogden
                                                                               Deputy Clerk